

ORDERED in the Southern District of Florida on August 20, 2014.

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:  
RENE U. BUSTAMANTE  
XXX-XX-8648  
ADA MARGARITA TORROELLA  
XXX-XX-8643  
              **Debtors**   /

Case No: 11-25232-RAM  
Chapter 13

## ORDER SUSTAINING OBJECTION TO CLAIM #24

THIS CAUSE came on to be heard on August 12th, 2014 upon the Debtor's Objection to Claim #24 of HSBC Bank Nevada, N.A. (Document #65), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #24 is **SUSTAINED**, as debtors no longer have possession of the collateral.

2. HSBC Bank Nevada, N.A. Claim #24 is reclassified from a secured claim to an unsecured claim in the amount of $3229.62

(###)

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.